UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DWIGHT SHUFF,
on his own behalf and others similarly situated

    Plaintiff,

-vs-                                                   Case No. 6:06-cv-1802-Orl-28UAM

HUBBARD CONSTRUCTION COMPANY,
PHIL SMITH
                 Defendants.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND MOTION TO DISMISS WITH PREJUDICE (Doc. No. 45) |
| FILED: | June 18, 2007 |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

    Plaintiffs, Dwight Shuff, Tavoris Brockman, Kenneth Newhouse, and Gary Perry (collectively "Plaintiffs"), and Defendants, Hubbard Construction Company and Phil Smith, jointly move the Court to approve their settlement of Plaintiffs' claims pursuant to the Fair Labor Standards Act ("FLSA") and to dismiss the case with prejudice.

    The Court has reviewed the proposed settlement as required by *Lynn's Food Stores, Inc. v. United States, U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds the settlement

is a fair and reasonable resolution of a bona fide dispute. The case involved disputed issues of FLSA violations, which constitutes a bona fide dispute. Each party was represented by independent counsel, who were obligated to vigorously represent their client. The Court finds the proposed settlement of payment to the Plaintiffs for back pay and liquidated damages in the aggregate amount of $15,414, and payment of $21,086 to Plaintiffs' counsel in exchange for Plaintiffs' release of claims and dismissal of the action with prejudice to be fair and reasonable.

The Court, therefore, **RECOMMENDS**, that:

1.  The parties' joint motion be granted and the settlement be approved; and

2.  The Court dismiss the case with prejudice and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 3, 2007.

DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable John Antoon, II