# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DWIGHT SHUFF,**
**on his own behalf and**
**others similarly situated**

                **Plaintiff,**

-vs-                                                                   Case No. 6:06-cv-1802-Orl-28JGG

**HUBBARD CONSTRUCTION COMPANY,**
**PHIL SMITH,**
                **Defendants.**

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement and Motion to Dismiss with Prejudice (Doc. No. 45) filed June 18, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the Parties have filed a Joint Notice of No Objection to the Report and Recommendation (Doc. No. 49), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 3, 2007 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement and Motion to Dismiss with Prejudice is **GRANTED** and the Settlement is **APPROVED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _17_ day of July, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party